IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA SEENEY, | : | CIVIL ACTION |
| | : | NO. 08-5032 |
| Plaintiff, | : | |
| v. | : | |
| ELWYN, INC., | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW,** this **22nd day** of **April, 2010,** it is hereby **ORDERED** that Defendant's motion for summary judgment (doc. no. 27) is **GRANTED.**

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**